1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE M. BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

**FILED**

JUL 30 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      | CASE NO. 2:13-MJ-212 CKD

12 |                 Plaintiff,

13 |           v.                    | [PROPOSED] ORDER TO UNSEAL ARREST
                                      WARRANT
14 | JOSEPH NKUNZI,

15 |                 Defendant.

16

17     The government's request to unseal the Arrest Warrant and this case is GRANTED.

18

19  Dated: July 30, 2013

20                                          _____
                                            HON. ALLISON CLAIRE
21                                          U.S. Magistrate Judge